# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Lorenzo Andrew LAUMBACH<br><br>　　　　　　　Defendant. | Case No.: '21 MJ3608<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about September 1, 2021, within the Southern District of California, Lorenzo Andrew LAUMBACH did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about September 1, 2021, within the Southern District of California, Lorenzo Andrew LAUMBACH did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Meaghan Queally*
Special Agent Meaghan Queally
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd of September 2021.

*Mitchell D. Dembin*
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On September 1, 2021, at approximately 4:50 AM, LORENZO Andrew LAUMBACH, ("LAUMBACH"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #4. LAUMBACH was the driver, sole occupant, and registered owner of a 2000 Jeep Grand Cherokee ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog ("HNDD") alerted to a trained narcotic odor at the undercarriage of the vehicle. The Canine Enforcement Officer ("CEO") requested assistance.

A Customs and Border Protection Officer ("CBPO") responded to the request for assistance. The CBPO encountered LAUMBACH and received two negative Customs declarations. LAUMBACH told the CBPO he was on his way to Walmart on Dennery Road in San Diego, California, and then to work. LAUMBACH told the CBPO he was the owner of the vehicle. The CBPO began inspecting the vehicle and noticed the spare tire, located in the rear cargo area of the vehicle, was very heavy. LAUMBACH and the vehicle were referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the spare tire of the vehicle.

1

Further inspection of the vehicle resulted in the discovery of 45 packages concealed in the spare tire of the vehicle. 44 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 21.02 kgs (46.34 lbs); and one of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 0.48 kgs (1.06 lbs).

LAUMBACH was placed under arrest at approximately 5:15 AM.

During a post-Miranda interview, LAUMBACH denied knowledge of the narcotics in the vehicle. LAUMBACH stated that he was going to Walmart on Dennery Road in San Diego, and then to work. LAUMBACH stated he left his vehicle in the United States over the weekend. LAUMBACH stated someone brought the vehicle to him in Mexico on Monday, August 30, 2021.

LAUMBACH was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.